# Third District Court of Appeal
## State of Florida

Opinion filed March 13, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-2112
Lower Tribunal No. 22-4175
_____

**Steven Trypis, et al.,**
Appellants,

vs.

**King Cole Condominium Association, Inc.,**
Appellee.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Pedro P. Echarte, Jr., Judge.

David J. Winker, P.A., and David J. Winker, for appellants.

Basulto Robbins & Associates, LLP, and Russell M. Robbins, for appellee.

Before LOGUE, C.J., and FERNANDEZ and GORDO, JJ.

PER CURIAM.

Affirmed.